## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROBERT ALEXANDER                                                        PLAINTIFF

v.                                    **Case No: 4:25-cv-00567-LPR**

ENTERGY OPERATIONS INC.                                                 DEFENDANT

## ORDER

On July 6, 2026, Plaintiff advised the Court of his intent to dismiss this case.[1]  Defendant has notified the Court via e-mail that Defendant does not object to Plaintiff's request.  Accordingly, this case is DISMISSED without prejudice.  The Clerk is instructed to close this case.

IT IS SO ORDERED this 7th day of July 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Pl.'s Notice of Voluntary Dismissal (Doc. 26).