**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ROBERT ALEXANDER**                                                          **PLAINTIFF**

**v.**                              **Case No: 4:25-cv-00567-LPR**

**ENTERGY OPERATIONS INC.**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of July 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE